1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lance Lawson (Pro Hac Vice Forthcoming)
   LLawson@burr.com
BURR FORMAN LLP
101 South Tryon Street, Suite 2610
Charlotte, North Carolina 28280
Telephone: (704) 347-6475

Aaron R. Hand (SBN 245755)
   ahand@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
*Local Counsel, Civil L.R. 11-3(a)(3)*

Attorneys for Plaintiff
*Med et al., Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Med et al, Inc.,<br><br>                    Plaintiff,<br><br>          v.<br><br>Impresa Products, LLC,<br><br>                    Defendant. | CASE NO.  4:23-cv-3574-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff MED et al, Inc. ("Plaintiff") and Defendant Impresa Products, LLC ("Defendant," and with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on July 19, 2023, Plaintiff filed the Complaint in this action;

WHEREAS, Defendant answered the Complaint on September 29, 2023;

WHEREAS, a Case Management Conference is currently scheduled for October 20, 2023, requiring submission of a Case Management Statement no later than October 13, 2023 and any request for rescheduling be filed by October 10, 2023 (ECF No. 12; Civil Standing Order).

WHEREAS, the Parties, through counsel, have been involved in active discussions regarding settlement of this action, have agreed in principle to terms for settlement, and are presently engaged in efforts to negotiate the final form of a written settlement agreement;

WHEREAS, the Parties anticipate that this matter will be dismissed soon after a final settlement agreement is executed;

WHEREAS, there have been no prior extensions of the Case Management Conference;

WHEREAS, there were two prior stipulated requests to extend the time for Defendant to Answer the Complaint;

WHEREAS, the undersigned Parties respectfully submit that there is good cause to defer the Initial Case Management Conference and associated deadlines (e.g., to submit a case management statement or engage in further meet-and-confer efforts related thereto) by at least thirty (30) days and until a time that is convenient for the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that:

1.     The Initial Case Management Conference currently scheduled for October 20, 2023 is vacated and will be rescheduled to a later date as convenient for the Court. All related deadlines, including all deadlines set forth in the July 28, 2023 Order Setting Case Management Conference (ECF No. 12), will be continued accordingly.

Dated: October 10, 2023                    Respectfully submitted,

                                           */s/ Aaron R. Hand*
                                           Aaron R. Hand
                                           *Counsel for Plaintiff MED et al, Inc.*

Dated: October 10, 2023                    Respectfully submitted,

                                           */s/ William P. Cole*
                                           William P. Cole
                                           *Counsel for Defendant Impresa Products, LLC*

## ATTESTATION

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized filing of the Stipulation.

                                           */s/ Aaron R. Hand*
                                           Aaron R. Hand

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.

Dated: _____, 2023

                                           _____
                                           Honorable Jeffrey S. White
                                           UNITED STATES DISTRICT JUDGE